UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CASEY ARNDT,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ARCATA, et al.,<br><br>    Defendants.<br>_____/ | No. 13-CV-0372 NJV<br><br>ORDER DIRECTING CLERK<br>TO CLOSE CASE |

The parties voluntarily dismissed this action pursuant to a stipulation filed February 18, 2014. (Doc. 41.) Accordingly, the Clerk is directed to close this case.

Dated: February 19, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge